# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN FLOYD,<br><br>        Plaintiff,<br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>        Defendants. | Case No. *3:24-cv-931*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff Ryan Floyd, by and through his undersigned counsel hereby dismisses his Complaint against Defendant Equifax information Services LLC, ONLY, with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: 07/29/2024          RESPECTFULLY SUBMITTED,

                 **Fields Law Firm**

                 */s/ Matthew P. Forsberg*
                 **MATTHEW P. FORSBERG**
                 Reg. No. 24082581
                 **FIELDS LAW FIRM**
                 9999 Wayzata Blvd.
                 Minnetonka, MN 55305
                 T: (612) 383-1868
                 F: (612) 370-4256
                 Matt@FieldsLaw.com

                 Jonathan A. Heeps
                 TX Bar No.: 24074387
                 Post Office Box 174372
                 Arlington, TX 76003
                 T: (682) 738-6415
                 F: (844) 738-6416
                 Email: jaheeps@heepslaw.com

                 *Counsel for Plaintiff*