# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX and NJ

ANNIE SCHULSTAD
PARALEGAL
DIRECT 612-206-3477
1-888-847-8517 EXT. 477
ANNIE@FIELDSLAW.COM

February 4, 2025

The Honorable Judge A. Joe Fish
Northern District of Texas
1100 Commerce Street, Room 1404
Dallas, TX 75242-1003

*VIA ECF*

RE:     Ryan Floyd v. Equifax Information Services LLC, et al.
        Court File No. 3:24-cv-931-G

Dear Judge Fish:

Please be advised that Plaintiff Ryan Floyd and Nationstar Mortgage LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 60 days. No other Defendants remain.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/acs
Attorney

cc: All Counsel (via ECF)