UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Ryan Floyd,<br><br>　　　Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　Defendants. | Case No. 3:24-cv-931-G<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |

　　　IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated:  03/03/2025　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　**Fields Law Firm**

　　　　　　　　　　　　　　　　　　　*/s/ Matthew P. Forsberg*
　　　　　　　　　　　　　　　　　　　**MATTHEW P. FORSBERG**
　　　　　　　　　　　　　　　　　　　Reg. No. 24082581
　　　　　　　　　　　　　　　　　　　**FIELDS LAW FIRM**
　　　　　　　　　　　　　　　　　　　9999 Wayzata Blvd.
　　　　　　　　　　　　　　　　　　　Minnetonka, MN 55305
　　　　　　　　　　　　　　　　　　　T: (612) 383-1868
　　　　　　　　　　　　　　　　　　　F: (612) 370-4256
　　　　　　　　　　　　　　　　　　　FCRA-TX@fieldslaw.com

　　　　　　　　　　　　　　　　　　　**LAW OFFICE OF JONATHAN A. HEEPS**

1

/s/ *Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
Email: jaheeps@heepslaw.com

**Counsel for Plaintiff**

Dated: 03/03/2025

**McGuireWoods LLP**

By: /s/ Andrew N. Bernardini
Andrew N. Bernardini
NC Bar No. 29107 (and admitted to practice
In the USDC, NDTX)
201 North Tryon Street, Suite 3000
T: (704) 373-4616
F: (704) 373-8824
abernardini@mcguirewoods.com

**Counsel for Defendant**